# Court of Appeals
# of the State of Georgia

ATLANTA,   May 13, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1700.  ALEX B. JOHNSON v. CACH, LLC.

Cach, LLC filed a suit on account against Alex Johnson, and the magistrate court entered judgment in Cach, LLC's favor.  Johnson appealed to the state court, which awarded damages totaling $9,562.56, to Cach, LLC. in its final order and judgment, dated May 1, 2012.  Johnson, acting pro se, filed this direct appeal on January 3, 2013, after the state court denied his motion for extension of time to file his notice of appeal and motion for reconsideration.  We lack jurisdiction for a number of reasons.

First, the discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less.  See OCGA § 5-6-35 (a) (6); *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).  The discretionary appeal procedure also applies when a party seeks review of a state court's order reviewing the judgment of a magistrate court.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  In addition, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction in this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Although OCGA § 5-6-39 (a) (1) permits a court to grant a 30-day extension for the filing of a notice of appeal, our jurisdiction over an appealable order "requires within 30 days either the filing of a notice of appeal or the obtaining of an extension of time therefor." (Citation omitted.) *Porter v. State*, 271 Ga. 498, 499 (521 SE2d  566) (1999).  Johnson did not file a notice of appeal or obtain an extension to file one within 30 days of the appealable order.

Finally, a motion for reconsideration does not extend the time for filing a notice of appeal. See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (1) (441 SE2d 452) (1994). Moreover, an order denying a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Even if we were to construe Johnson's motion for reconsideration as a motion to set aside, appeals from the denial of such motions are subject to the discretionary appeals procedure. OCGA § 5-6-35 (a) (8); *Cheeley- Towns*, supra at 183.

Here, Johnson failed to file his notice of appeal within 30 days of the order he seeks to appeal, and he failed to follow the required appellate procedure. Accordingly, his appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/13/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*